

ORDERED in the Southern District of Florida on May 14, 2012.

Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-38211-BKC-RAM
CHAPTER 13

IN RE:
ROSA PADRON,
    Debtor.
_____/

### ORDER GRANTING DEBTOR'S MOTION FOR CONTEMPT AGAINST JOHN H. RUIZ

THIS CAUSE having come on to be heard at 9:00 a.m., on May 8, 2012, on the Debtor's Motion for Contempt against John H. Ruiz, having heard argument between counsel, and based upon the record, it is,

**ORDERED**:

1.    The Debtor's Motion for Contempt against John H. Ruiz, is GRANTED.

2.    John H. Ruiz, shall immediately cease all collection activities against the Debtor, Rosa Padron, and shall ensure that all electronic systems set up for collection, either by robo telephone calls, or robo electronic emails, shall cease and that the Debtor's name and information is deleted from their computer systems.

3. John H. Ruiz, shall pay Michael A. Frank, the amount of $500.00, as attorney fees for the prosecution of this Motion, within 14 days from service of this Order.

# # #

**Submitted by:**
Michael J. Brooks, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

**Copies furnished to:**
Michael J. Brooks, Esquire
Nancy Herkert, Trustee
John H. Ruiz, Esquire
John H. Ruiz, Esquire c/o John H. Ruiz, P.A., Attn: John Ruiz, President
Rosy Aponte, Esquire

Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.